IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Adrian P. Conway | : | Chapter 7 |
| Sharon E. Conway | : | |
| | : | Case No.: 19-15968-ELF |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

I Brad J. Sadek, Esq. certify that on the date indicated below I served a true and correct copy of the Motion to Reopen Case for the Limited Purposes of Avoiding Liens was served by Regular US Mail or electronic means on all creditors and the following parties:

| | |
| --- | --- |
| **Charlie's Auto Repair**<br>Lienholder<br>111 Oak Avenue Lansdowne, PA 19050 | **Daniel J. Santucci, Esq.**<br>Counsel for *Midland Funding, LLC*<br>Midland Credit Management<br>1 International Plaza<br>Floor 5 Philadelphia, PA 19113 |
| **Michael J. Doughtery, Esq.**<br>Counsel for *Discover Bank*<br>c/o Weltman, Weinberg & Reis<br>170 S Independence Mall W Suite 874W<br>Philadelphia, PA 19106 | **Joshua T. McNamara, Esq.**<br>Counsel for *Capital One Bank (USA), N.A.*<br>c/o Law Offices of Hayt, Hayt, & Landau, LLC.<br>123 S Broad Street Suite 1660<br>Philadelphia, PA 19109 |
| **Aimee Boettcher Harmon, Esq.**<br>Counsel for *Philadelphia Federal Credit Union*<br>12800 Townsend Road Philadelphia, PA 19154 | |

Dated: March 1, 2022

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107