## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|    Adrian P. Conway : | Chapter 7 |
|    Sharon E. Conway : | |
| : | Case No.: 19-15968-ELF |
|    Debtor(s) : | |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Motion to Avoid Lien and Notice of Motion by Regular US Mail on all creditors and the following parties by regular US mail:

**Kenneth E. West, Esq.**
Standing Chapter 13 Trustee
Electronic Service

**Charlie's Auto Repair**
Lienholder
Regular mail to 111 Oak Avenue Lansdowne, PA 19050

Dated: March 7, 2022

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Sadek and Cooper Law Offices
Attorney for Debtor
1315 Walnut Street
Suite #502
Philadelphia, PA 19107