IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Adrian P. Conway | : | Chapter 7 |
|    Sharon E. Conway | : | |
| | : | Case No.: 19-15968-ELF |
|    Debtor(s) | : | |

## AMENDED CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Motion to Avoid Lien and Notice of Motion by Regular US Mail on all creditors and the following parties by regular US mail:

**Terry Dershaw, Esq.**
Standing Chapter 7 Trustee
Electronic Service

**Michael Doughtery, Esq.**
Counsel on behalf of *Discover Bank*
Regular mail to 170 S Independence Mall W Suite 874W Philadelphia, PA 19106

**Roger C. Hochschild**
CEO of *Discover Bank*
Regular mail to 502 E. Market Street Greenwood, DE 19950

Dated: April 6, 2022        /s/Brad J. Sadek, Esq
                                                  Brad J. Sadek, Esq.
                                                  Sadek and Cooper Law Offices
                                                  Attorney for Debtor
                                                  1315 Walnut Street
                                                  Suite #502
                                                  Philadelphia, PA 19107