**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Adrian P. Conway | : | Chapter 7 |
| Sharon E. Conway | : | |
| | : | Case No.: 19-15968-ELF |
| Debtor(s) | : | |

**AMENDED CERTIFICATE OF SERVICE**

I, Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Motion to Avoid Lien and Notice of Motion by Regular US Mail on all creditors and the following parties by regular US mail:

**Terry Dershaw, Esq.**
Standing Chapter 7 Trustee
Electronic Service

**Aimee L. Boettcher Harmon, Esq.**
Counsel for *Philadelphia Federal Credit Union*
Regular mail to 12800 Townsend Road Philadelphia, PA 19154

**Joseph F. McHugh, Jr.**
Chairman of *Philadelphia Federal Credit Union*
Regular mail to 12800 Townsend Road Philadelphia, PA 19154

Dated: April 6, 2022

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Sadek and Cooper Law Offices
Attorney for Debtor
1315 Walnut Street
Suite #502
Philadelphia, PA 19107