# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Adrian P. Conway | : | Chapter 7 |
|    Sharon E. Conway | : | |
| | : | Case No.: 19-15968-ELF |
| Debtor(s) | : | |

## AMENED CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Motion to Avoid Lien and Notice of Motion by Regular US Mail on all creditors and the following parties by regular US mail:

**Terry Dershaw, Esq.**
Standing Chapter 7 Trustee
Electronic Service

**Joshua T. McNamara, Esq.**
Counsel on behalf of *Capital One Bank, N.A.*
Regular mail to 123 S Broad Street Suite 1660 Philadelphia, PA 19109

**Richard Fairbank**
CEO of Capital One Bank, N.A.
Regular mail to 1680 Capital One Drive McLean, VA 22102

Dated: April 6, 2022

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Sadek and Cooper Law Offices
Attorney for Debtor
1315 Walnut Street
Suite #502
Philadelphia, PA 19107