# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|    Adrian P. Conway : | Chapter 7 |
|    Sharon E. Conway : | |
| : | Case No.: 19-15968-ELF |
|    Debtor(s) : | |

## AMENED CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Motion to Avoid Lien and Notice of Motion by Regular US Mail on all creditors and the following parties by regular US mail:

**Terry Dershaw, Esq.**
Standing Chapter 7 Trustee
Electronic Service

**Joshua T. McNamara, Esq.**
Counsel on behalf of *Capital One Bank, N.A.*
Regular mail to 123 S Broad Street Suite 1660 Philadelphia, PA 19109

**Richard Fairbank**
CEO of Capital One Bank, N.A.
Regular mail to 1680 Capital One Drive McLean, VA 22102

Dated: April 13, 2022
                              /s/Brad J. Sadek, Esq
                              Brad J. Sadek, Esq.
                              Sadek and Cooper Law Offices
                              Attorney for Debtor
                              1315 Walnut Street
                              Suite #502
                              Philadelphia, PA 19107