# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Adrian P Conway | : | Chapter 7 |
|    Sharon E. Conway | : | Case No.: 19-15968-ELF |
|    Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the *Motion to Avoid Lien of the Midland Funding for 2015-003482* and respectfully request that the Order attached to the Motion be entered.

Dated: April 25, 2022                              /s/ Brad J. Sadek, Esquire
                                               Brad J. Sadek, Esquire
                                               Sadek and Cooper Law Offices, LLC
                                               1315 Walnut Street, Suite 502
                                               Philadelphia, Pa 19107
                                               215-545-0008