**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Adrian P Conway | : | Chapter 7 |
|    Sharon E. Conway | : | Case No.: 19-15968-ELF |
|    Debtor(s) | : | |

**CERTIFICATE OF NO RESPONSE**

    I hereby certify that no answer, objection or other responsive pleading has been filed in response to the *Motion to Avoid Lien of the Midland Funding for 2016-05073* and respectfully request that the Order attached to the Motion be entered.

Dated: April 25, 2022                                /s/ Brad J. Sadek, Esquire
                                                                                         Brad J. Sadek, Esquire
                                                                                         Sadek and Cooper Law Offices, LLC
                                                                                         1315 Walnut Street, Suite 502
                                                                                         Philadelphia, Pa 19107
                                                                                         215-545-0008