IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Adrian P. Conway | : | Chapter 7 |
| Sharon E. Conway | : | Case No.: 19-15968-ELF |
| Debtor(s) | : | |

## AMENDNED CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Motion to Avoid Lien and Notice of Motion by Regular US Mail on all creditors and the following parties by regular US mail:

**Terry Dershaw, Esq.**
Standing Chapter 7 Trustee
Electronic Service

**Pennsylvania Department of Labor & Industry**
Lienholder
Regular mail to 651 Boas St 10th Fl Harrisburg PA 17121

**Jennifer Berrier**
Secretary of *Pennsylvania Department of Labor & Industry*
Regular mail to 1700 Labor & Industry Building Harrisburg, PA 17120

**Josh Shapiro, Esq.**
Attorney General of *Pennsylvania Department of Labor & Industry*
16th Floor, Strawberry Square Harrisburg, PA 17120

/s/Brad J. Sadek, Esq.

Dated: May 5, 2022

Brad J. Sadek, Esq.
Sadek and Cooper Law Offices
Attorney for Debtor
1315 Walnut Street
Suite #502
Philadelphia, PA 19107