IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Adrian P. Conway | : | Chapter 7 |
| Sharon E. Conway | : | Case No.: 19-15968-ELF |
| Debtor(s) | : | |

# O R D E R

**AND NOW,** in consideration of the Debtors' Motion to Avoid the judicial lien held by Pennsylvania Department of Labor & Industry against the debtors' personal property and/or real property located at 276 Childs Avenue Drexel Hill, PA 19026

And Debtors having asserted that the alleged lien arising from the judgment entered in the Delaware County Court of Common Pleas under Case No. CV-2019-063150, in the amount of $2,909.99 is subject to avoidance pursuant to 11 U.S.C.§ 522(f),

And Debtors having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default and the judicial lien held by the Respondent, if any, in:

    (a) the real property of the Debtor and/or

    (b) the personal property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED**.

Date: 6/3/22

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**