**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| Adrian P. Conway | : | Chapter 7 |
| Sharon E. Conway | : | |
| | : | Case No.: 19-15968-ELF |
| Debtor(s) | : | |

## ORDER GRANTING DEBTORS' MOTION TO REOPEN

AND NOW, this _____ day of _____, 2022 upon consideration of Debtors' Second Motion to Reopen for the Limited Purpose of Avoiding Liens, it is hereby;

ORDERED that the instant Chapter 7 Bankruptcy may be opened for the purposes of Avoiding the outstanding Judicial Liens held against the debtors' property.

FURTHER ORDERED:

_____
HONORABLE ERIC L. FRANK
U.S. BANKRUPTCY JUDGE