IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Adrian P. Conway | : | Chapter 7 |
|    Sharon E. Conway | : | |
| | : | Case No.: 19-15968-ELF |
|    Debtor(s) | : | |

## CERTIFICATE OF SERVICE

   I Brad J. Sadek, Esq. certify that on the date indicated below a true and correct copy of the Motion to Reopen Case for the Limited Purposes of Avoiding Liens was served by Regular US Mail or electronic means on the Standing Chapter 7 Trustee, all creditors and the following parties:

| **Paul Compton** | **Richard Fairbank** |
|---|---|
| President, *Barclays Bank* | CEO of *Capital One Bank, N.A.* |
| Regular mail to 745 7th Avenue New York, NY 10019 | Regular mail to 1680 Capital One Drive McLean, VA 22102 |

Dated: June 8, 2022

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107